| | |
|---|---|
| 1 | **DIANNE C. KERNS, ESQ.**<br>**CHAPTER 13 TRUSTEE** |
| 2 | PMB #413<br>7320 NORTH LA CHOLLA #154 |
| 3 | TUCSON AZ 85741<br>Telephone (520)544-9094 |
| 4 | Fax (520)544-7894 |

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| TRINA S. SAUCEDO | ) | Case No.: 04-04568-TUC-JMM |
| | ) | |
| | ) | **Application for Payment of Unclaimed** |
| | ) | **Funds to the U.S. Bankruptcy Court** |
| | ) | |
| | ) | |
| Debtor | ) | |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 140772 | 02/27/2009 | TRINA SAUCEDO<br>12360 W. HILLTOP<br>TUCSON, AZ 85736 | $1080.05 |
| | | **Total** | **$1080.05** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $1080.05 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee